### JOHN SMITH and MARGARET, his wife *vs.* PETER JOHNSON。

To an action by husband and wife, on a note to the wife dum sola, the defendant cannot plead by way of *set-off* a sale of goods, &c., to husband and wife, which is the husband's separate liability.

Nᴀʀʀ in assumpsit by husband and wife, on a promissory note given to the wife. Plea of a set-off for goods sold, &c.; money had, &c., &c., by defendant to said Smith and wife, at their instance and request; and for the use and occupation of a dwelling house, &c., of the defendant by the said John Smith and Margaret, his wife, at their special instance and request, and by the permission and sufferance of the defendant. Demurrer and joinder.

---

*Bayard, jr.,* in support of the demurrer, said:—The plea of a set-off is like a declaration and must describe the debt to be set-off with the same certainty. (1 *Ch. Pl.* 574-5.) Nothing can be set-off which may not be sued for. Here the set-off alledges a debt due from Smith *and wife;* but the married woman could not create such a debt; her contract would not bind her. (8 *T. Rep.* 545, Marshal *vs.* Rutten, 2 *Wm. Blac.* 1236; *Cro. Jac.* 645; 1 *Taunt. Rep.* 212.) Suit against husband and wife, on a contract with the wife dum sola, but alledging a promise after marriage held bad. (16 *Johns. Rep.* 281; 2 *Chitt. Rep.* 697; 18 *C. & R.* 460; 10 *Barn. & Cress.* 558; 21 *Eng. C. L.* 128; 2 *Esp. N. P.* 594; *Bull N. P.* 179.) If the subjects of this set-off were in a declaration, it would be bad on general demurrer.

*Huffington.*—All the counts in the declaration, after setting out the note to the wife dum sola, alledge promises to husband and wife. If the set-off of promises to husband and wife be not proper, the declaration is improper, and the demurrer attaches to this defect.

*The Court* stopped *Mr. Bayard,* in reply. On a note given to a married woman, the husband may join her or sue alone; if he join her, his separate debt cannot be set off, and the subject of this plea is the separate debt of the husband; for the wife could not bind herself by such contracts. Possibly a claim founded on a contract by the wife dum sola, might be set off in such a case as this; for that would be a joint obligation against a joint demand; as to which see 10 *Barn. & Cress.* 558.

Judgment for demurrant.